1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KYLE LEE PAYMENT,

            Plaintiff,

    v.

RON FRAKER,

            Defendant.

CASE NO. C13-5547 BHS-KLS

ORDER

      This matter has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1), Local Rules MJR 3 and 4, and Rule 72 of the Federal Rules of Civil Procedure.  The case is before the Court upon a stipulated motion to extend plaintiff's time for responding to defendants' motion to dismiss.  ECF No. 19.  The Court notes that the motion should have been noted for hearing the day defendants filed it instead of January 3, 2013.  *See*, Local Rule 7(d)(1).  After reviewing the motion and the balance of the record, the Court finds and ORDERS as follows:

      1)      The Court grants the stipulated motion for an extension of time.

ORDER- 1

2) The Clerk's office is directed to re-note defendants' motion to dismiss, ECF No. 17, for February 21, 2014.

The Clerk is directed to send a copy of this Order to Plaintiff.

Dated this 20 day of December, 2013.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER- 2